William Bernarduci (WB 5785)
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut  06103
Tel.:  (860) 493-6292
Fax:   (860) 493-6290

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
RICHARD SALTZMAN, individually and
on behalf of all others similarly situated,

          Plaintiff,

v.

WORLD INFORMATION
TECHNOLOGY, INC., FKA EZ TRAVEL,
INC., BECKSTEAD & WATTS, LLP,
EDWARD C. ZIMMERMAN, III, GARY
D. MORGAN, STEVEN FELLOWS,
HSUEH-CHU LIN, JUNG TSIH-HAO,
DAN Y. ZHAO, PARSH PATEL
          Defendants.
---------------------------------------------------------x

**Case No. 04-CV-6195-RMB**

**NOTICE OF MOTION OF ZHENGXU HE FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

---------------------------------------------------------x
ANGELA SOARES, individually and :
on behalf of all others similarly situated, : **Case No. 04-CV-7938-UA**
:
        Plaintiff, :
:
v. :
:
:
WORLD INFORMATION :
TECHNOLOGY, INC., FKA EZ TRAVEL, :
INC., BECKSTEAD & WATTS, LLP, :
EDWARD C. ZIMMERMAN, III, GARY :
D. MORGAN, STEVEN FELLOWS, :
HSUEH-CHU LIN, JUNG TSIH-HAO, :
DAN Y. ZHAO, PARSH PATEL :
        Defendants. :
:
---------------------------------------------------------x

PLEASE TAKE NOTICE that on the Declaration of William Bernarduci dated October 25, 2004, and the exhibits thereto, and on the accompanying memorandum of law, proposed Lead Plaintiff Zhengxu He will move this Court at the United States District Courthouse for the Southern District of New York, 40 Center Street, New York, New York at a date and time to be determined by the Court, for an order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), (i) appointing Mr. He as a Lead Plaintiff in this action on behalf of investors who purchased shares of World Information Technologies, Inc. between January 3, 2003 and March 16, 2004 (the "Class") and (ii) approving Mr. He's selection of Schatz & Nobel, P.C. as Lead Counsel.

Dated: October 25, 2004                         Respectfully submitted,

                                      **SCHATZ & NOBEL, P.C.**

By: _____/s/_____
      William Bernarduci (WB 5785)
      One Corporate Center
      20 Church Street, Suite 1700
      Hartford, Connecticut  06103
      Tel.:  (860) 493-6292
      Fax:   (860) 493-6290

Of Counsel:
Andrew M. Schatz
Jeffrey S. Nobel
Nancy A. Kulesa
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut  06103
Tel.:  (860) 493-6292
Fax:   (860) 493-6290